UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOISE WAIRIMU GATHONI,<br><br>Petitioner,<br><br>v.<br><br>DAVID WESLING, *et al.*,<br><br>Respondents. | No. 1:26-cv-13410-LTS |

**RESPONSE TO HABEAS PETITION (Doc. No. 1)**

Petitioner Loise Wairimu Gathoni filed a Petition for a Writ of Habeas Corpus challenging her immigration detention and seeking immediate release. *See generally* Doc. No. 1. Respondents' position is that Petitioner is eligible for a bond hearing under 8 U.S.C. § 1226(a) because she overstayed a visa. *See* 8 U.S.C. § 1227(a)(1)(B). Accordingly, Respondents do not object to the Court's ordering a bond hearing,[1] and submit that the Court may resolve this Petition without further briefing or oral argument.

[1] U.S. Immigration and Customs Enforcement ("ICE") informs undersigned counsel that Petitioner is detained in the hold room at ICE's Burlington field office. Respondents recognize that this Court has ordered female habeas petitioners—like Petitioner—released pending resolution of habeas proceedings due to the lack of bed space for women in immigration detention in Massachusetts. *See* Electronic Order, *Varela Silva v. Hyde*, No. 26-cv-10041-LTS (D. Mass. Jan. 9, 2026), Doc. No. 12.

Dated: July 27, 2026

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Julian N. Canzoneri*

Julian N. Canzoneri
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3170
julian.canzoneri@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorneys of record by means of the Court's Electronic Case Filing system on July 27, 2026.

*/s/ Julian N. Canzoneri*
Julian N. Canzoneri
Assistant U.S. Attorney