UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LOISE WAIRIMU GATHONI, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Civil No. 26-13410-LTS |
| DAVID WESLING et al., | ) ) | |
| Respondents. | ) ) ) | |

<u>JUDGMENT</u>

July 29, 2026

SOROKIN, J.

Pursuant to the Court's Electronic Order dated July 28, 2026 (Doc. No. 10), the Petition for Writ of Habeas Corpus is ALLOWED for the reasons and to the extent the Court described.

SO ORDERED.

 /s/ Leo T. Sorokin
United States District Judge